COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:              01-12-00740-CV

Trial Court Cause
Number:                    1135191

Style:                     Albert Lujan d/b/a Texas Wholesale Flower Company

                           **v** Navistar Financial Corporation

Date motion filed[*]:      August 1, 2013

Type of motion:            Motion to Amend Brief

Party filing motion:       Appellant, Alber Lujan d/b/a Texas Wholesale Flowers

Document to be filed:      Amended Brief

Is appeal accelerated? ☐ YES     ☒ NO

Ordered that motion is:

☒    Granted

     If document is to be filed, document due:  <u>filed with motion</u>

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

Judge's signature: <u>/s/ Evelyn V. Keyes</u>
          ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: <u>September 26, 2013</u>